UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NORTH AMERICAN SPECIALTY INSURANCE
COMPANY,

       Plaintiff,

 -against-

THE CHEROKEE 7A GROUP, INC., CHEROKEE
GLASS, INC. J&A GROUP PROPERTIES, INC.,
JOHN HOPKA, and IRENE HOPKA.

       Defendants.

------------------------------------- X

ORDER

21 Civ. 81 (GBD)

GEORGE B. DANIELS, District Judge:

 The initial conference scheduled to occur on May 12, 2021 is hereby cancelled.

Dated: May 12, 2021
  New York, New York

            SO ORDERED.

            *George B. Daniels*
            GEORGE B. DANIELS
            UNITED STATES DISTRICT JUDGE