**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,

                Plaintiff,

-against-

THE CHEROKEE 8A GROUP, INC.,
CHEROKEE CLASS, INC., J&A GROUP
PROPERTIES, JOHN HOPKA, and
IRENE HOPKA

                Defendant.

------------------------------------ x



ORDER

21 Civ. 81 (GBD)

GEORGE B. DANIELS, District Judge:

A status conference is set for June 23, 2021 at 9:45 a.m.

Dated: May 17, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE