UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

NORTH AMERICAN SPECIALTY INSURANCE
COMPANY,

                  Plaintiff,
-against-

THE CHEROKEE 7A GROUP, INC., CHEROKEE
GLASS, INC. J&A GROUP PROPERTIES, INC.,
JOHN HOPKA, and IRENE HOPKA.

                  Defendants.
------------------------------------ X

ORDER

21 Civ. 81 (GBD)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: December 7, 2021
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE